Aaron W. Baker, OSB No. 922220
aaron@awbakerlaw.com
Serena L. Liss, OSB No. 154799
serena@awbakerlaw.com
BAKER LAW PC
One SW Columbia, Suite 1850
Portland, Oregon 97204
Telephone: (503) 234-8800
Facsimile: (503) 525-0650

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TONYA TUCKER TAFOLLA,<br><br>            Plaintiff,<br><br>    v.<br><br>UBH OF OREGON, LLC dba CEDAR HILLS HOSPITAL,<br><br>            Defendant. | Case No. 3:21-cv-00044-AR<br><br>**JUDGMENT** |

This action was arbitrated by the Honorable Richard Baldwin pursuant to the Alternative Resolution for Conflicts ("ARC") Agreement. On November 15, 2022, Judge Baldwin issued an award.

IT IS HEREBY ADJUDGED that judgment is hereby entered in Plaintiff's favor on her claims for discrimination and hostile work environment based on her

race and sexual orientation in violation of ORS 659A.030 and 42 U.S.C. § 1981.

Plaintiff is awarded damages in the amount of $28,506 economic damages and $250,000 non-economic damages, plus post-judgment interest at a rate of 4.64%. Attorney fees and costs are to be decided by the Arbitrator and will be entered via supplemental judgment.

Dated: January 11, 2023

_____
Honorable Jeffrey Armistead

Presented by:

Serena L. Liss, OSB No. 154799
BAKER LAW PC
Of Attorneys for Plaintiff