Aaron W. Baker, OSB No. 922220
aaron@awbakerlaw.com
Serena L. Liss, OSB No. 154799
serena@awbakerlaw.com
BAKER LAW PC
One SW Columbia, Suite 1850
Portland, Oregon 97204
Telephone: (503) 234-8800
Facsimile: (503) 525-0650

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TONYA TUCKER TAFOLLA,<br><br>        Plaintiff,<br><br>    v.<br><br>UBH OF OREGON, LLC dba CEDAR HILLS HOSPITAL,<br><br>        Defendant. | Case No. 3:21-cv-00044-AR<br><br>**SUPPLEMENTAL JUDGMENT** |

This action was arbitrated by the Honorable Richard Baldwin pursuant to the Alternative Resolution for Conflicts ("ARC") Agreement. On November 15, 2022, Judge Baldwin issued an Interim Award. On March 7, 2023, Judge Baldwin issued a Final Award that included an award for attorney fees, costs, and disbursements.

IT IS HEREBY ADJUDGED that supplemental judgment is hereby entered in Plaintiff's favor. Plaintiff is awarded attorney fees in the amount of $278,869.00

Case 3:21-cv-00044-AR    Document 30    Filed 03/23/23    Page 2 of 2

and costs and expert fees in the amount of $5,608.95, plus post-judgment interest at a rate of 5.12%.

Dated: March 23, 2023

_____
Honorable Jeffrey Armistead

Presented by:

Serena L. Liss, OSB No. 154799
BAKER LAW PC
Of Attorneys for Plaintiff